**SUSAN K. HATMAKER 172543**
**RACHELLE TAYLOR GOLDEN 295385**
**HATMAKER LAW GROUP**
A Professional Corporation
7522 N. Colonial Avenue, Suite 105
Fresno, California 93711
Telephone: (559) 374-0077
Facsimile: (559) 374-0078

Attorneys for Defendants: J AND J HOLDINGS, LLC.;
TLWP INVESTMENTS, LP; SHANE S. ANDERSON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

* * *

| | |
|---|---|
| CYNTHIA HOPSON, | NO. 2:19-cv-01379-TLN-KJN |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND RESPONISVE PLEADING DEADLINE** |
| vs. | |
| ROSS STORES, INC., an entity and doing business as "DD's Discount"; J AND J HOLDINGS, LLC; TLWP INVESTMENTS, LP; SHANE S. ANDERSON, as an Individual and as Trustee of the Shane S. Anderson Declaration of Trust UDT October 28, 2014; and DOES 1-50, | **[Local Rule 144(a)]**<br><br>**Complaint Filed: July 22, 2019** |
| Defendants. | |

   **IT IS HEREBY STIPULATED** by and between Plaintiff, CYNTHIA HOPSON ("Plaintiff"), and Defendants, J AND J HOLDINGS, LLC., and TLWP INVESTMENTS, LP, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 6(a), and Local Rule 144, Defendants may have to and including November 1, 2019, as J AND J HOLDINGS, LLC., and TLWP INVESTMENTS, LP's counsel also represents Defendant, SHANE S. ANDERSON as an Individual and as Trustee of the Shane S. Anderson Declaration of Trust UDT October 28, 2014 ("ANDERSON"). Pursuant to Federal Rule of Civil Procedure, Rule 12(a)(1)(ii), ANDERSON waived service of summons and a copy of the Waiver of Service

Stipulation to Extend Responsive Pleading Deadline

of Summons will be filed concurrently herewith. This extension is requested so that J AND J HOLDINGS, LLC., TLWP INVESTMENTS, LP, and SHANE S. ANDERSON as an Individual and as Trustee of the Shane S. Anderson Declaration of Trust UDT October 28, 2014's (collectively "Defendants"), responsive pleading will be due on the same date. This extension of time is Defendants' first extension and does not alter the date of any event or any deadline already scheduled by the Court.

DATED: September 4, 2019          HATMAKER LAW GROUP

By:    /s/ Rachelle Taylor Golden
RACHELLE TAYLOR GOLDEN
Attorney for Defendants,
J AND J HOLDINGS, LLC., TLWP
INVESTMENTS, LP, and SHANE S.
ANDERSON as an Individual and as
Trustee of the Shane S. Anderson
Declaration of Trust UDT October 28,
2014

DATED: September 4, 2019          MALAKAUSKAS LAW, APC

By:    /s/Daniel Malakauskas
DANIEL MALAKAUSKAS
Attorney for Plaintiff,
CYNTHIA HOPSON

**ATTESTATION**

    Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

By:    /s/ Rachelle Taylor Golden
RACHELLE TAYLOR GOLDEN
Attorney for Defendants,
J AND J HOLDINGS, LLC., TLWP
INVESTMENTS, LP, and SHANE S.
ANDERSON as an Individual and as
Trustee of the Shane S. Anderson
Declaration of Trust UDT October 28,
2014

**ORDER**

IT IS HEREBY ORDERED that Defendants, J AND J HOLDINGS, LLC and TLWP INVESTMENTS, LP, shall have up to and including November 1, 2019, to file their responsive pleading, so that the responsive pleading is due on the same date as Defendant, SHANE S. ANDERSON as an Individual and as Trustee of the Shane S. Anderson Declaration of Trust UDT October 28, 2014.

Dated:  September 5,  2019

_____
Troy L. Nunley
United States District Judge

## PROOF OF SERVICE

I am employed in the County of Fresno, California; I am over the age of eighteen years and not a party to the within cause; my business address is: 7522 N. Colonial Avenue, Fresno, CA 93711.

On September 04, 2019, I served the foregoing document(s) described as:

**STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONISVE PLEADING DEADLINE**

on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Malakauskas Law, PC | Seyfarth Shaw LLP |
| Daniel Malakauskas | Ashley N. Arnett |
| 7345 South Durango Drive, Suite B-107-240 | 601 South Figueroa Street, Suite 3300 |
| Las Vegas, NV 89113 | Los Angeles, CA 90017 |
| Telephone: (866) 790-2242 | Telephone: (213) 270-9600 |
| Fax: (888) 802-2440 | Fax: (213) 270-9601 |
| Email: daniel@malakauskas.com | Email: aarnett@seyfarth.com |
| ***Attorney for Plaintiff, Cynthia Hopson*** | ***Attorney for Defendant Ross Stores, Inc.*** |

_____ (By U.S. Mail) I caused each envelope, with postage fully prepaid, to be placed in the designated area for outgoing mail in accordance with this office's practice, whereby mail is deposited in a U.S. mailbox in the City of Fresno, California after the close of the day's business.

_____ (By Federal Express) I caused each envelope to be delivered to Federal Express for overnight delivery.

_____ (By Facsimile) I caused this document to be delivered via facsimile to the numbers set forth below.

__X__ (By Electronic Service) - I caused a true and correct copy of the document(s) described above to be uploaded to the Court approved case management system, and served electronically to all parties listed above.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct. Executed on September 4, 2019, at Fresno, California.

By: ___/s/ Tiffany Holmberg___
TIFFANY HOLMBERG