| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROSS STORES, INC., as an entity and doing business as "DD's Discount", J AND J HOLDINGS, L.L.C., TLWP INVESTMENTS, LP, SHANE S. ANDERSON, as an individual and as trustee of the Shane S. Anderson Declaration of Trust UDT October 28 2014, and DOES 1-50, Inclusive,<br><br>　　　　Defendants. | Case No. 2:19-cv-01379-TLN-KJN<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 144(a))**<br><br>Complaint Filed: July 22, 2019 |

ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1 In light of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS that Defendant Ross Stores, Inc. shall have an extension of time of thirty-six (36) days in which to respond to Plaintiff's Complaint to November 1, 2019.

**IT IS SO ORDERED**

Dated: September 20, 2019

Troy L. Nunley
United States District Judge