**SUSAN K. HATMAKER 172543**
**RACHELLE TAYLOR GOLDEN 295385**
**HATMAKER LAW GROUP**
A Professional Corporation
7522 N. Colonial Avenue, Suite 105
Fresno, California 93711
Telephone: (559) 374-0077
Facsimile: (559) 374-0078

Attorneys for Defendants: J AND J HOLDINGS, LLC.;
TLWP INVESTMENTS, LP; SHANE S. ANDERSON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

* * *

| | |
|---|---|
| CYNTHIA HOPSON, | NO. 2:19-cv-01379-TLN-KJN |
| Plaintiff, | **STIPULATION AND ORDER TO ORDER MATTER TO VOLUNTARY DISPUTE RESOLUTION PROGRAM** |
| vs. | |
| ROSS STORES, INC., an entity and doing business as "DD's Discount"; J AND J HOLDINGS, LLC; TLWP INVESTMENTS, LP; SHANE S. ANDERSON, as an Individual and as Trustee of the Shane S. Anderson Declaration of Trust UDT October 28, 2014; and DOES 1-50, | **Complaint Filed: July 22, 2019** |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff, CYNTHIA HOPSON ("Plaintiff"), and Defendants, SHANE S. ANDERSON, J AND J HOLDINGS, LLC., and TLWP INVESTMENTS, LP, by and through their respective counsel, that pursuant to the Order entered on December 12, 2019, (Document 30), and Local Rule 271, the parties stipulate to the Eastern District Court of California's Voluntary Dispute Resolution Program.

IT IS FURTHER STIPULATED that the parties wish for the VDRP Administrator assign a Neutral who is available and qualified to serve as a Neutral over this matter, in accordance with the 90-day timeline, as specified in Document 30.

| | | |
|---|---|---|
| DATED: December 11, 2019 | | HATMAKER LAW GROUP |
| | By: | /s/ Rachelle Taylor Golden |
| | | RACHELLE TAYLOR GOLDEN |
| | | Attorney for Defendants, |
| | | J AND J HOLDINGS, LLC., TLWP INVESTMENTS, LP, and SHANE S. ANDERSON as an Individual and as Trustee of the Shane S. Anderson Declaration of Trust UDT October 28, 2014 |
| DATED: December 11, 2019 | | MALAKAUSKAS LAW, APC |
| | By: | /s/ Daniel Malakauskas |
| | | DANIEL MALAKAUSKAS |
| | | Attorney for Plaintiff, |
| | | CYNTHIA HOPSON |

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

| | | |
|---|---|---|
| | By: | /s/ Rachelle Taylor Golden |
| | | RACHELLE TAYLOR GOLDEN |
| | | Attorney for Defendants, |
| | | J AND J HOLDINGS, LLC., TLWP INVESTMENTS, LP, and SHANE S. ANDERSON as an Individual and as Trustee of the Shane S. Anderson Declaration of Trust UDT October 28, 2014 |

# ORDER

IT IS HEREBY ORDERED that Plaintiff, CYNTHIA HOPSON, and Defendants, J AND J HOLDINGS, LLC and TLWP INVESTMENTS, LP, have been referred to the Voluntary Dispute Resolution Program.

IT IS FURTHER ORDERED that the VDRP Administrator will assign a qualified Neutral who can serve as a Neutral over this matter.

Dated: December 12, 2019

/137

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE